UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AHMED ADNAN HAMEED,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>JEH JOHNSON, Secretary of Homeland Security, et al.,<br><br>　　　　　　　　Defendants. | NO: 4:16-CV-5106-TOR<br><br>ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE |

BEFORE THE COURT is Plaintiff's Notice of Dismissal (ECF No. 3). Because Defendants have neither filed an answer nor moved for summary judgment, Plaintiff has an absolute right to voluntarily dismiss this case.  Fed. R. Civ. P. 41(a)(1)(A)(i).

**ACCORDINGLY, IT IS HEREBY ORDERED**:

All claims and causes of action in this matter are **DISMISSED** without prejudice and without costs or fees to any party.

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1

1  The District Court Executive is directed to enter this Order, furnish copies to

2  counsel, and **CLOSE** the file.

3  **DATED** November 16, 2016.



THOMAS O. RICE
Chief United States District Judge

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 2